AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MARIO ANGEL RENDON MOLINA, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>MANDATO FRUITS & GROCERY CORP. (D/B/A MANDATO BAKERY) and PEDRO LUIS OSORIO GUZMAN,<br><br>*Defendant(s)* | Civil Action No.   25-cv1017- |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  see attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catalina Sojo
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:   02/25/2025                                       *Cynthia Valera*
                                                        *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MARIO ANGEL RENDON MOLINA,
*individually and on behalf of*
*others similarly situated,*

    *Plaintiff,*

-against-

MANDATO FRUITS & GROCERY CORP.
(D/B/A MANDATO BAKERY) and PEDRO
LUIS OSORIO GUZMAN,

    *Defendants.*

-------------------------------------------------------X

**Index No.**

**RIDER TO REQUEST FOR SUMMONS**

Mandato Fruits & Grocery Corp. (d/b/a Mandato Bakery)
7220 3rd Avenue
Brooklyn, NY 11209

Mario Angel Rendon Molina
7220 3rd Avenue
Brooklyn, NY 11209